[No. 25972-9-II.  Division Two.  August 24, 2001.]

YEE CONSTRUCTION CORPORATION, *Appellant*, v. RON GEORGE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-03464-5, Nile E. Aubrey, J., entered March 3, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Houghton, JJ.